# Court of Appeals
# of the State of Georgia

ATLANTA,  January 18, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1006.  MATTHEW T. CLIETT v. THE STATE.**

Matthew Cliett pled guilty to felony murder, and the trial court imposed a sentence of life in prison.  After the trial court denied his motion for an out-of-time appeal, Cliett appealed to this Court.  We lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death may be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court.  See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, Cliett's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/18/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*